UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 1:25-cr-107 |
| v. | ) | |
| | ) | JUDGES Atchley/Steger |
| | ) | |
| JOSEPH SLABAUGH | ) | |

# INFORMATION

## COUNT ONE

The United States Attorney charges that from or about June 27, 2025, through on or about August 15, 2025, in the Eastern District of Tennessee and elsewhere, the defendant, JOSEPH SLABAUGH, knowingly attempted to possess material which contained an image of child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that had been mailed, and shipped, and transported in interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## FORFEITURE ALLEGATIONS

1. The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2252A, the defendant, JOSEPH SLABAUGH shall forfeit to the United States of America:

   a. Any visual depiction described in Title 18, United States Code, sections 2251,

2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

    c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

3. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

    FRANCIS M. HAMILTON III
    UNITED STATES ATTORNEY

    */s/ Christopher D. Poole*
    Christopher D. Poole
    Assistant United States Attorney

2

Case 1:25-cr-00107-CEA-CHS    Document 1    Filed 10/16/25    Page 2 of 2    PageID #: 2