# CRIMINAL CASE COVER SHEET

By: ☐ INDICTMENT  ☐ SUPERSEDING  Case Number: 1:25-cr-107
☑ INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
☐ RULE 20

USA v. **JOSEPH SLABAUGH**

☑ Felony  ☐ Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐ Misdemeanor *(Not class A)*  ☐ Petty Offense

☐ Defendant is being added to existing criminal case
☐ Charges/Counts Added

Immigration Cases
☐ Zone A  ☐ Zone B

Name of Assigned AUSA: **CHRISTOPHER D. POOLE**

Matter Sealed:  ☐ YES  ☑ NO    Place of Offense: **Hamilton**

☐ Interpreter Required   Language: _____

Issue:  ☑ WARRANT   ☐ SUMMONS   ☐ WRIT (Motion to be filed)

Arresting Agency:  ☐ DEA  ☐ ATF  ☐ USMS  ☑ FBI  ☐ Other: _____

Current Trial Date (if any): _____ before Judge _____

☐ Criminal Complaint Filed   Case Number: _____
☐ Defendant on Supervised Release   Case Number: _____

Related Case/Attorney:

Case Number _____   Attorney _____

Reason for Related Case Determination _____

Defense Counsel (if any): **Damon Burk**

☑ Federal Defender   ☐ CJA   ☐ Retained

Appointed by Target Letter   Case Number: _____
Appointed in Pending Indictment   Case Number: _____

CHARGES:  Total # of Counts for this Defendant **1**

| # | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| 1 | 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2) | Attempted Possession of Child Pornography | Y | 1 | |

(Attach additional page, if needed)

Attorney Signature _____