UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | 1:25-cr- 107 |
| v. | ) | Judge Atchley |
| | ) | Magistrate Judge Steger |
| JOSEPH SLABAUGH | ) | |

## CERTIFICATION

The United States of America, by and through Assistant United States Attorney Christopher D. Poole, certifies that the instant prosecution ☐ was ☒ was not a matter or case pending in the United States Attorney's Office for the Eastern District of Tennessee, on or before December 21, 2020.

Respectfully submitted,

FRANCIS M. HAMILTON III
United States Attorney

By: _____
Christopher D. Poole, BPR #019155
Assistant United States Attorney
1110 Market Street, Suite 515
Chattanooga, Tennessee 37402
christopher.poole@usdoj.gov
(423)752-5140