# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | | |
|---|---|---|
| United States of America<br>v.<br>JOSEPH SLABAUGH<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 1:25-CR-107<br>CEA/CHS |

U.S. MARSHAL SERVICE
OCT 17 '25 AM 11:56

FILED
OCT 23 2025
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **JOSEPH SLABAUGH**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☑ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 USC §§ 2252A(a)(5)(B) and 2252A(b)(2) - Attempted Possession of Child Pornography

Date: 10/16/2025

City and state: Chatta, TN

*Issuing officer's signature*

LEANNA R. WILSON, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 10-17-25 and the person was arrested on *(date)* 10-23-25
at *(city and state)* Chattanooga, TN · USMS

Date: 10-23-25

*Arresting officer's signature*

DUSM Ted Gregory
*Printed name and title*