U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNEESSEE at Chattanooga
Date: 10/23/2025      Courtroom: 1B - Chattanooga

Initial Appearance: ☐Complaint ☐Indictment ☐SSI ☑Information ☐Violation Petition
☐Rule 5
Other Hearing: ☑Arraignment ☐Arraignment on SSI

**Case No. 1:25-cr-107**      **USA v. Joseph Slabaugh**

Present Before: HONORABLE Christopher H. Steger      ☑U.S. Magistrate Judge

| **Chris Poole** | **Damon Burk** | |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant | US Probation Officer |
| | ☑Appt. ☐Retd. ☐Ltd. App. | |
| Dana Bellamy | Digital Recording | |
| Courtroom Deputy | Court Reporter / Digital Recording | Interpreter |
| | | ☑SWORN |

**PROCEEDINGS**:
- ☑ Financial affidavit executed    Court Appointed: ☑Federal Defender or ☐CJA Attorney
- ☐ Deft. retained an attorney    ☐Deft. WAIVED appointment of an attorney
- ☑ Deft. advised of rights
- ☑ Deft. waived reading of Indictment/Information    ☐Indictment/Information Read
- ☑ Deft. pleads not guilty on counts 1 _____    ☐Deft. entered no plea
- ☐ Not guilty plea entered by Court on defendant's behalf
- ☐ Deft. requested a Preliminary Examination    ☐Deft WAIVED the Rule 5 hearings
- ☐ Court UNSEALED case in its entirety    ☐Case REMAINS sealed
- ☐ Court UNSEALED case as to the defendant(s) at this proceeding

**DATES SET**:

| | | |
|---|---|---|
| Jury Trial: _____ | Final Pretrial Conf.: _____ | |
| Detn Hrg: _____ | Preliminary Examination: _____ | |
| Arraignment: _____ | Motion Hrg: _____ | |
| Status Conf: _____ | Other Hrg: **Indictment Waived** | |
| Revocation Hrg: _____ | | |

**DEADLINES SET**:

| | |
|---|---|
| Discovery Ddl: _____ | Reciprocal Discovery Ddl: _____ |
| Motion Cut-Off: _____ | Response Ddl: _____ |
| Plea Ddl: _____ | Other: _____ |

BOND:
- ☐ Government moved for detention
- ☐ Dft WAIVED detention hrg. ☐Detention hrg. set ☐Detention hrg. held at Initial Appearance
- ☑ Deft. released on Conditions of Release
- ☐ Deft. remanded to the custody of the U.S. Marshal

I, Dana Bellamy _____, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
DCR File: Chatt 1-25-cr-107 20251023 135919 _____

Court time: 3:09 to 3:11
3:17 to 3:33
3:44 to 4:06