UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
At Chattanooga

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    No. 1:25-cr-107
    Judge Atchley/Steger

JOSEPH SLABAUGH,

    Defendant.

**NOTICE OF DEFENDANT'S REQUEST
FOR PRESERVATION AND DISCOVERY MATERIALS**

The defendant, Joseph Slabaugh, by and through counsel, hereby informs this Honorable Court that the defendant has sent his request for preservation of materials and discovery letter to the Assistant United States Attorney assigned to this case. Counsel for the defendant believes that it is more appropriate to merely inform the Court by way of this Notice rather than to unnecessarily burden the Court Clerk's Office with the actual request for preservation letter.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

By:   /s/ *J. Damon Burk*
      J. Damon Burk
Assistant Federal Defender
605 Chestnut Street, Suite 1310
Chattanooga, Tennessee 37450
Damon_Burk@fd.org
(423) 756-4349
WA Bar #41352