IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE
At Chattanooga

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff,* | ) ) | |
| | ) | No. 1:25-Cr-107 |
| v. | ) ) | Judges: Atchley/Steger |
| JOSEPH SLABAUGH, | ) ) | |
| *Defendant.* | ) ) | |
| | ) ) | |

## MOTION FOR COMBINED CHANGE OF PLEA AND SENTENCING HEARING

Joseph Slabaugh, by and through his attorney, respectfully files this motion to set one hearing for a change of plea directly followed by sentencing.

On September 23, the undersigned counsel was appointed to represent Mr. Slabaugh as the target of a federal investigation. *See* (1:25-mj-254 at Doc. No.2) On October 17, the United States filed a criminal information along with a fully executed plea agreement (Doc. No. 1; Doc. No. 2). Next, on October 24, Mr. Slabaugh appeared for an initial appearance (Doc. No. 10). At the initial appearance, Mr. Slabaugh executed a Waiver of Indictment (Doc. No. 6). Also, during the initial appearance, Mr. Slabaugh was released pending resolution of his case (Doc. No. 7).

As an initial matter, Mr. Slabaugh has been compliant with the United States during the investigation of the case. Further, Mr. Slabaugh accepted responsibility for his actions so early that the United States did not need to present the case to a Grand Jury. For many reasons, Mr. Slabaugh seeks a combined hearing where he would plead guilty to the Criminal Information and immediately be sentenced after entry of his guilty plea. For example, prior to the initial appearance, Mr. Slabaugh was a law enforcement officer for a decade and a half, so placing him in a local jail pending sentencing

MOTION FOR COMBINED CHANGE OF PLEA AND SENTENCING
HEARING

**Federal Defender Services of Eastern Tennessee, INC**
One Central Plaza, suite 600
835 Georgia Avenue
Chattanooga, TN 37402

would create more risk to his safety than average. In Mr. Slabaugh's view, the risk of his safety is unnecessary, because his presence in the community on appropriate conditions does not place the community at risk. For example, Mr. Slabaugh neither has a criminal history record nor does he use illegal narcotics. As evidenced by his conduct, Mr. Slabaugh has not attempted to hide from responsibility, so he would certainly appear for a change of plea and sentencing hearing.

Also, the undersigned counsel sought an expediated Presentence Investigation Report ("PSR"), but for sundry reasons, the United States Probation Office ("USPO") simply does not currently have the resources to expeditiously complete the PSR. On the other hand, the USPO does not have an issue with conducting the PSR interview with Mr. Slabaugh out of custody. Consequently, Mr. Slabaugh requests that the combined hearings be set at the soonest available sentencing date. To that end, the undersigned counsel believes the next available dates are late February and mid-March. Finally, should the Court grant this request, Mr. Slabaugh will waive his right to speedy trial within 70 days until he is able to enter a guilty plea.

The undersigned counsel acknowledges the proposed course of action is unusual although not unique. But Mr. Slabaugh has demonstrated he will appear in court as ordered. Likewise, Mr. Slabaugh is being monitored by a United States Probation Officer to further ensure compliance with the conditions of bond. Finally, the undersigned counsel has conferred with Assistant United States Attorney Christopher D. Poole, who advises that the United States does not take a position on Mr. Slabaugh's request of the Court.

MOTION FOR COMBINED CHANGE OF PLEA AND SENTENCING
HEARING

Federal Defender Services of
Eastern Tennessee, INC
One Central Plaza, suite 600
835 Georgia Avenue
Chattanooga, TN 37402

1

2

3

4

5

6

7                                    Respectfully submitted,

8
                                      FEDERAL DEFENDER SERVICES OF
9                                       EASTERN TENNESSEE, INC.

10
                                      By:   s/ J. Damon Burk
11                                    J. Damon Burk
                                      Assistant Federal Defender
12                                    835 Georgia Avenue, Suite 600
                                      Chattanooga, Tennessee 37402
13                                    Damon_Burk@fd.org
                                      (423) 756-4349
14                                    WA Bar # 41352

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

MOTION FOR COMBINED CHANGE OF PLEA AND SENTENCING
HEARING

**Federal Defender Services of Eastern Tennessee, INC**
One Central Plaza, suite 600
835 Georgia Avenue
Chattanooga, TN 37402