# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:25-cr-107 |
| v. | ) | Judge Atchley |
| JOSEPH SLABAUGH | ) | Magistrate Judge Steger |

## ORDER

Before the Court is Defendant Joseph Slabaugh's Motion for Combined Change of Plea and Sentencing Hearing [Doc. 13]. After careful consideration of the arguments presented therein, the Motion [Doc. 13] is **DENIED**. The Court understands Defendant's safety concerns regarding his potential detention between entering a change of plea and being sentenced. However, the Court is confident the United States Marshal Service would be able to safeguard Defendant should he be taken into custody following his change of plea.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**