UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:25-cr-107 |
| v. ) | |
| ) | Judge Atchley/Steger |
| ) | |
| ) | |
| JOSEPH SLABAUGH ) | |

## JOINT NOTICE OF AVAILABILTY

An executed plea agreement and plea agreement supplement were filed on October 16, 2025. (Doc. 2, Plea Agreement; Doc. 3, Sealed Plea Agreement Supplement.) Undersigned counsel have reviewed the Court's public calendar and submit this notice to aid the Court in scheduling re-arraignment proceedings. The parties propose:

- Friday, December 5, 2025 – morning docket

- Wednesday, December 10, 2025 – morning or afternoon docket

- Friday, December 12, 2025 – morning docket

Respectfully submitted,

**FRANCIS M. HAMILTON III**
**UNITED STATES ATTORNEY**

By: /s/ *Christopher D. Poole*
    Christopher D. Poole
    Assistant United States Attorney
    TN BPR #019155
    1110 Market Street, Suite 515
    Chattanooga, TN 37402
    (423) 752-5140
    christopher.poole@usdoj.gov

/s/ *J. Damon Burk*
Federal Defender Services
WA BPR # 41352
605 Chestnut Street, Suite 1310
Chattanooga, TN 37540
(423) 756-4349
Damon_Burk@fd.org