☐ REARRAIGNMENT
☑ WAIVER OF INDICTMENT/PLEA

Case No. **1:25-cr-107**  USA v. **Joseph Slabaugh**

**PRESENT:** Honorable **Christopher H. Steger**  ☐ U.S. District Judge  ☑ U.S. Magistrate Judge

| Chris Poole | Damon Burk | |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant | Probation Officer |

| Barbara Lewis | Aaron LaDuke | |
|---|---|---|
| Courtroom Deputy | Court Reporter | Interpreter(s) |

☐ SWORN

**PROCEEDINGS:** DEFENDANT(S) ☑ SWORN

☐ Financial affidavit(s) executed
☐ Court appointed attorney(s) under CJA
☐ Court may require deft(s) repay govt cost of atty(s)
☐ Defendant(s) waived appointment of attorney(s)
☑ Defendant(s) specifically advised of rights
☐ Waiver executed
☐ Deft waived reading of indictment/information
☐ Indictment ☑ Information read
☑ Defendant pleads guilty to Count(s) **1 of the Information**
☐ Court finds deft competent to plead; plea voluntary
☐ Guilty plea accepted by Court; deft adjudged guilty
☑ Plea Agreement filed - - - - -   Agreement: ☐ sealed ☑ not sealed

**BOND:** ☐ Deft. referred to Magistrate for bond to be set

Court ordered deft(s) released on _____ bond with standard conditions (see order setting conditions of release)

Govt. motion for detention without bond: ☐ granted ☐ denied ☐ Detention hearing set (see above)

☐ Defendant ineligible for release on bond: _____

**SENTENCING:** **May 7, 2026 @ 10:00 am**

**OTHER MATTERS:**
Bond Hearing set for January 8th, 2026 at 3:00pm. Re: Motion For Bond.

Deft ☐ remanded to custody of U.S. Marshal ☐ remained in custody ☑ remained on bond

Time: **11:05** to **11:35**  Date: **12/12/2025**