AO 35 (03/10) Certificate of Official Court Reporter

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

**CERTIFICATE OF OFFICIAL COURT REPORTER**
Arraignments, Pleas, and Sentencing Proceedings

I, *(print full name)* Aaron H. LaDuke , certify that I am a duly appointed Official Court Reporter for the United States district court named above, and that I was present in the courtroom of this court on *(date)* 12/12/2025 . On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the following cases:

| Name of Defendant | Docket Number | Nature of Proceeding *(Arraignment, plea, sentence)* |
|---|---|---|
| Joseph Slabaugh | 1:25-CR-107 | Plea |

I have played back the recording and certify that it is a true and correct record of the proceedings, that it is sufficiently intelligible when played on *(machine or equipment – make and model or format)* computer , that it can be transcribed without undue difficulty, and that I have filed the original recording with the clerk of court.

I further certify that I have filed my original steno-notes, stenomask recordings, or other original records taken of these proceedings with the clerk as required by 28 USC § 753(b).

Date: 12/15/2025    s/Aaron H. LaDuke
*(Court Reporter's Signature)*