# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:25-cr-107 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| JOSEPH SLABAUGH | ) | Magistrate Judge Steger |

### ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 23] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the one count Information; (2) accept Defendant's guilty plea to Count One of the one count Information; (3) adjudicate Defendant guilty of attempt to possess child pornography in violation of 18 U.S.C § 2252A(a)(5)(B) and 2252A(b)(2); and (4) order that Defendant remain out of custody subject to the Order Setting Conditions of Release [Doc. 8] pending sentencing or further order of the Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 23] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count One of the one count Information is **GRANTED**;

2. Defendant's plea of guilty to Count One of the one count Information is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of attempt to possess child pornography in violation of 18 U.S.C § 2252A(a)(5)(B) and 2252A(b)(2); and

1

Case 1:25-cr-00107-CEA-CHS    Document 24    Filed 01/05/26    Page 1 of 2    PageID #: 134

4. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release [Doc. 8] pending further order of this Court or sentencing in this matter, which is scheduled to take place on **May 7, 2026, at 10:00 a.m.**

   **SO ORDERED.**

                                                      */s/ Charles E. Atchley, Jr.*
                                                      **CHARLES E. ATCHLEY, JR.**
                                                      **UNITED STATES DISTRICT JUDGE**