UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 1:25-cr-107 |
| v. | ) | |
| | ) | Judge Atchley/Steger |
| | ) | |
| | ) | |
| JOSEPH SLABAUGH | ) | |

## UNOPPOSED MOTION FOR AN EXTENSION TO RESPOND AND TO CONTINUE THE DETENTION HEARING

Comes now the United States of America, by and through Francis M. Hamilton III, United States Attorney for the Eastern District of Tennessee, and Christopher D. Poole, Assistant United States Attorney, and files this unopposed motion for an extension to respond to the Defendant's Motion for Bond (R. 17) and to continue the Bond Hearing currently set for January 8, 2026, at 3:00 p.m.

As cause for this motion, the United States would show that the Defendant filed a Motion for Bond on December 10, 2025 (R.17). The Defendant pleaded guilty on December 12, 2025. On that date, this Court directed the United States to file a response to the Defendant's motion and set the issue for a hearing on January 8, 2026, at 3:00 p.m. Based on the holiday schedule,[1] the United States' Response was due December 29, 2025. The undersigned is responsible for the United States' response. Based on his holiday travel schedule and illness, the undersigned respectfully requests an extension to file said response. If this Court is inclined to grant that extension, the hearing date would need to be continued to give defense counsel the opportunity to reply to the United States' response if deemed necessary. Furthermore, the undersigned has a

---

[1] The holiday schedule was unique in that December 24 and 26 were added as federal holidays this year just that week.

1

sentencing hearing scheduled on January 8, 2026, at 2:00 p.m. that might go beyond the 3:00 p.m. start date of the currently scheduled bond hearing.

The United States has communicated with defense counsel who does not oppose this motion.

This relief requested herein is not made for the purpose of undue delay, and the United States submits granting such is in the interest of justice.

The United States, therefore, respectfully requests an extension of until January 13, 2026, to respond to the Defendant's Motion for Bond, and asks that the Court continue the hearing on this motion until a time after January 13, 2026, that is convenient for the Court and defense counsel.

>Respectfully submitted,
>
>FRANCIS M. HAMILTON III
>United States Attorney
>
>By: /s/ Christopher D. Poole
>Christopher D. Poole, Bar #19155
>Assistant United States Attorney
>1110 Market Street, Suite 515
>Chattanooga, Tennessee 37402
>Christopher.Poole@usdoj.gov
>(423) 752-5140