**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**At Chattanooga**

UNITED STATES OF AMERICA,

    Petitioner,

                             No. 1:25-Cr-107

    v.                            Judge: Atchley/Steger

JOSEPH SLABAUGH,

    Defendant.


### UNOPPOSED MOTION TO CONTINUE

Joseph Slabaugh, through undersigned counsel, respectfully requests that this Honorable Court extend the deadline to object to the Presentence Investigative Report ("PSR") until May 14 and continue the Sentencing Hearing until June 4.

Currently the deadline to object to the PSR is April 15. Further, the Sentencing Hearing is scheduled for May 7, 2026, at 10 a.m. (Doc. No. 24). Despite best efforts to finish objections to the PSR by April 15, the undersigned counsel needs additional time to both research relevant law and draft written objections. To that end, the PSR objections involve both complicated and novel issues. As such, the required time to complete objections in this case is more than the usual case. Moreover, the undersigned counsel's personal schedule impacted his ability to complete the objections by April 15.

Likewise, Mr. Slabaugh requests that this Honorable Court continue the Sentencing Hearing until June 4. The requested continuance period would allow three weeks for the United States to file any response to Mr. Slabaugh's objections. Moreover, the undersigned counsel will apply best efforts to file objections before the requested May 14 deadline to allow additional

time for the United States to consider and perhaps file a response.

This request is not being made for the purpose of a delay but is being made to provide effective representation to Mr. Slabaugh. Lastly, undersigned counsel has conferred with Assistant United States Attorney Christopher D Poole on this matter, who advises he has no objection to Mr. Slabaugh's request.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
 OF EASTERN TENNESSEE, INC.

By:    *s/ J. Damon Burk*
J. Damon Burk
Assistant Federal Defender
605 Chestnut Street, Suite 1310
Chattanooga, Tennessee 37450
Damon_Burk@fd.org
(423) 756-4349
WA Bar # 41352

2