**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **No. 1:25-cr-107** |
| **v.** | ) | |
| | ) | **Judge Atchley/Steger** |
| **JOSEPH SLABAUGH** | ) | |

**NOTICE OF NO OBJECTION TO THE**
**PRESENTENCE INVESTIGATION REPORT**

The United States of America, by and through Francis M. Hamilton III, United States Attorney for the Eastern District of Tennessee, and Christopher D. Poole, Assistant United States Attorney, hereby files this Notice of No Objection to the Presentence Investigation Report and states as follows:

After having reviewed in full the Presentence Investigation Report prepared by Lindsey N. Pasko, United States Probation Officer, the United States has no objection to the Presentence Investigation Report as prepared.

Respectfully submitted, this the 18th day of May 2026.

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: *s/Christopher D. Poole*
Christopher D. Poole, BPR #019155
Assistant United States Attorney
1110 Market Street, Suite 515
Chattanooga, Tennessee 37402
christopher.poole@usdoj.gov
(423)752-5140