Chelsea Hutton
504 Greystone Pl
Smyrna, TN 37167
chelseamhutton@gmail.com

Date: May 7, 2026

To the Honorable Court,

**Subject: Character Reference for Joe Slabaugh**

Dear Judge or Court Personnel,

I am writing this letter to provide a character reference for Joe Slabaugh. I am his former spouse and the mother to two of his children.

I can state unequivocally that throughout our relationship and since our divorce, I have never had any concerns for the safety of our children, my own personal safety, or the safety of any other minor in Joe Slabaugh's care or presence.

Joe and I maintain an amicable co-parenting relationship, and he is a consistent and supportive presence in our children's lives. We collaborate on logistics, school matters, and health needs. He is an involved father who prioritizes their well-being.

Based on my extensive experience as his former spouse and the mother of two of his children, I confidently assert that Joe Slabaugh is a non-violent individual who poses no safety risk to our children, to me, or to any minor.

I respectfully ask the court to take my testimony into consideration. Please feel free to contact me if you require any further information.

Sincerely,

Chelsea Hutton
Former Spouse of Joe Slabaugh