Kristyn Slabaugh

1802 Luke Court

Columbia, TN 38401

May 1, 2026

United States District Court Judge Atchley,

I am writing this letter to provide context for the character and growth of Joseph Slabaugh. While he has taken full responsibility for an act that was a profound error in judgment, he is not the same man he was when this began. I have watched him become more humble and present in every moment, turning this difficult process into a period of reflection and growth. His life prior to this was defined by years of service as a military veteran and law enforcement officer. Throughout these proceedings, Joseph has been entirely cooperative and has followed every instruction from the court. Though I understand how the charge may appear on paper, my lived experience is different. I trust him completely with our daughter and have allowed him to stay in our home with complete peace of mind as his actions continue to prove his commitment to her safety and well-being. If you were to ask me if there should be punishment for his actions, I would say yes; I do think there should be consequences, but in many ways, he's already living them. Having lost his career and family as he once knew, he has already suffered enough. He has taken accountability and clearly understands what his poor judgment has cost him.

As Magistrate Judge Steger told Joseph, "This is only a moment in time and should not define who you are". I respectfully ask that you allow Joseph the opportunity to take this moment and continue his growth. He is dedicated to being the father his three daughters deserve, a journey he has already begun with total sincerity and intention. By allowing him to remain present in our lives, you are allowing him to prove that he is defined by his recovery and his devotion to his daughters, rather than by his mistake.

Thank you for your time and attention, and I am grateful for the opportunity to share my thoughts.

Respectfully,


Kristyn Slabaugh