April 15, 2026

The Honorable Charles E. Atchley, Jr.
United States District Judge
900 Georgia Avenue, Room 125
Chattanooga, Tennessee 37402

RE: Joseph Douglas Slabaugh

Dear Judge Atchley:

We are the parents of Joe Slabaugh. We appreciate the opportunity to tell you about our son. He is so much more than this case.

As you have probably already read, Joe was born in Florida. We were then transferred to Virginia, and then to Louisiana, where we lived for about ten years. Joe basically grew up in Louisiana, where he graduated from high school, making many lifelong friends. We were then transferred to Tennessee and have been here almost 21 years.

On September 11, 2001, as a high school student, Joe made the decision to join the Army, and at age 19 he enlisted for a five-year term. While in the Army, he was an MP deployed to Iraq and Afghanistan. After his honorable discharge, he returned to Tennessee and immediately began looking for work. He worked as security for the Tennessee Titans before being hired by the Williamson County Sheriff's Department. It was then he began his career in law enforcement, earning many promotions and commendations. He was also an instructor with the department.

As a teen and adult, Joe has never been involved with drugs and, until this incident, no legal offenses or accusations.

Joe is a wonderful father of three girls. He loves his wife and daughters very much. He never misses an evening call with his wife and youngest, or any opportunity to be with, talk to or attend any of their activities.

We would like to share that although he was baptized as an infant, Joe recently made the decision to be baptized as an adult. Additionally, we would like to share that several months ago, he came upon a car accident where a pickup truck was flipped over and a passenger was still inside. Joe was the first to stop and helped a young man out of the car, provided first aid and stayed until police arrived. This was not only because of his first responder training, but also because of the man he is. Doing what needs to be done without hesitation for his friends, neighbors and community.

Joe is a very kind and loving son and an exceptional person who did something he regrets every moment of every day, and not just because of what he is facing now, and not just because of what he has lost due to his actions, but also because of the pain he has caused to those he loves most. Recent progress shows hope his marriage may survive.

Joe is working every day and has received a promotion. He is also helping others to work towards their promotions.

He knows he has a lot of work to do to rebuild his life. He is anxious to make this right and then move forward. As he puts it, "This time God's way".

Joe has told us many times how grateful he is for the respect and consideration he has been shown by this Court, the prosecutor, his attorney and everyone else involved. We thank you for that as well.

In making your decision as to his sentence, we respectfully request that you consider not only his actions, but also his relationship with wife and daughters, his community, and the good man he is. Thank you.

Sincerely,

Lynn Slabaugh            Doug Slabaugh