**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **No. 1:25-cr-107** |
| **v.** ) | |
| ) | **Judge Atchley/Steger** |
| ) | |
| ) | |
| **JOSEPH SLABAUGH** ) | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING AND FOR EXTENSION TO REPLY TO DEFENDANT'S OBJECTIONS TO THE PSR AND MOTION FOR VARIANCE

Comes now the United States of America, by and through Francis M. Hamilton III, United States Attorney for the Eastern District of Tennessee, and Christopher D. Poole, Assistant United States Attorney, and hereby moves the Court to continue the sentencing hearing currently scheduled for June 4, 2026, and for an extension of time within which to file responses to the defendant's Objections to the Presentence Report ("PSR") and Motion for a Variance (R. 30, 32.)

In support of its motion, the United States submits that more time is needed to fully and properly respond to the defendant's objections to the PSR and motion for a variance. The United States requests a continuance of the sentencing hearing until at least July 9, 2026, and a deadline to respond to the defendant's objections and motion for a variance of one week before the sentencing hearing.

The United States has consulted with defense counsel who does not oppose this continuance.

This relief requested herein is not made for the purpose of undue delay, and the United States submits granting such is in the interest of justice as well as judicial economy.

1

Therefore, the United States requests a continuance of the sentencing hearing until at least July 9, 2026, and that the United States be given until one week prior to that hearing to respond to the defendant's PSR objections and motion for a variance.

Respectfully submitted,

FRANCIS M. HAMILTON III
United States Attorney

By:     /s/ Christopher D. Poole
        Christopher D. Poole, Bar #19155
        Assistant United States Attorney
        1110 Market Street, Suite 515
        Chattanooga, Tennessee 37402
        Christopher.Poole@usdoj.gov
        (423) 752-5140

2