# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:25-cr-107 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| JOSEPH SLABAUGH | ) | Magistrate Judge Steger |

## ORDER

Before the Court is the Government's Unopposed Motion to Continue Sentencing Hearing and for Extension to Reply to Defendant's Objections to the PSR and Motion for Variance [Doc. 33] seeking to (i) continue the sentencing hearing in this matter and (ii) extend the deadlines for responding to Defendant's Objections to the Presentence Report and his Motion for Variance. As grounds for the Motion, the Government shows that it needs additional time "to fully and properly respond to the defendant's objections to the PSR and motion for a variance." [Doc. 33]. The Government further shows that it has communicated with Defendant, who does not oppose the requested continuance. [*Id.*].

For good cause shown and considering the lack of opposition, the Motion [Doc. 33] is **GRANTED**. Defendant's sentencing hearing is **CONTINUED** to **July 23, 2026**, at **2:00 p.m. ET** before the undersigned United States District Judge, United States Courthouse, Courtroom 1A, 900 Georgia Avenue, Chattanooga, Tennessee. The Government's deadlines for responding to Defendant's Objections to the Presentence Report and his Motion for Variance are **EXTENDED** to **July 16, 2026**.

       **SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**
