**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**At Chattanooga**

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                           No. 1:25-cr-107-CEA-CHS

JOSEPH SLABAUGH,

      Defendant.

## MOTION TO SEAL PREVIOUSLY FILED DOCUMENT

Joseph Slabaugh, through undersigned counsel, respectfully requests this Honorable Court to place Doc. 41, Reply to the Response of the United States in Opposition to Mr. Slabaugh's Objections to the Presentence Report, under seal as it contains information pertaining to the Presentence Investigation Report and, as such, should be filed under seal due to confidential and personal information that is not appropriate for public disclosure.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

By: */s/ J. Damon Burk*
       J. Damon Burk
Assistant Federal Defender
605 Chestnut Street, Suite 1310
Chattanooga, Tennessee 37450
Damon_Burk@fd.org
(423) 756-4349
WA Bar # 41352