# U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

☑ MOTION HEARING
☐ PRETRIAL CONFERENCE
☐ OTHER

Case No. **1:25-cr-107**  USA v. **Joseph Slabaugh**

**PRESENT:** Honorable **Christopher H. Steger**  ☐ U.S. District Judge **OR** ☑ U.S. Magistrate Judge

**Chris Poole**
_____
Assistant U.S. Attorney

**Damon Burk**
_____
Attorney for Defendant

_____
Probation Officer

**Dana Bellamy**
_____
Courtroom Deputy

**Digital Recording 1B**
_____
Court Reporter

_____
Interpreter(s)

**PROCEEDINGS:** ☐ DEFENDANT(S) SWORN  ☑ DEFENDANT PRESENT

Hearing on Motion to Remain on Bond Pending Sentencing.  Motion denied.

I, Dana Bellamy, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
DCR File: 1-25-cr-107_20260723_101537

**TESTIMONY BY:** _____

**TRIAL SET:** _____

Deft ☑ remanded to custody of U.S. Marshal  ☐ remained in custody  ☐ remained on bond

Time: **1:34** to **1:38**

Date: **7/23/2026**

Time: _____ to _____

Time: _____ to _____

REV 9/13