# U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

**JUDGMENT:** Case No. 1:25 cr 107    USA v. Joseph Slabaugh

**PRESENT:** Honorable Charles E. Atchley, Jr.    ☑ U.S. District Judge **OR** ☐ U.S. Magistrate Judge

| Chris Poole | Damon Burk | Lindsey Pasko |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant | Probation Officer |
| Allison Laster | Dianne Bryden | |
| Courtroom Deputy | Court Reporter | Interpreter    ☐ **SWORN** |

**PROCEEDINGS:** ☑ Plea agreement accepted by Court ☑ PSR guidelines are ☑ accurate ☐ as modified ☑ PSR SEALED

☐ Govt/Deft motion for downward departure: ☐ granted ☐ denied

                upward departure: ☐ granted ☐ denied

           non-guidelines sentence: ☐ granted ☐ denied

☑ Deft speaks **OR** ☐ Deft declines to speak

Govt motion for third point reduction for acceptance of responsibility ☑ granted ☐ denied

Document(s) all previously sealed ☐ unsealed ☑ remain sealed

**TESTIMONY BY:** _____

☐ Exhibits attached to minutes     ☐ Exhibits in vault

**IMPRISONMENT:** 120 **MONTHS on COUNT(s)** One of the Information

**SUPERVISED RELEASE/PROBATION:** 3 **YEARS on COUNT(s)** One of the Information

**CONDITIONS OF SUPERVISED RELEASE/PROBATION:**

| | |
|---|---|
| ☑ report to Probation Officer w/in 72 hrs of release | ☐ pay any financial penalty due |
| ☑ not commit another federal, state or local crime | ☐ provide Probation Office w/access to any required financial info |
| ☑ abide by standard conditions on Local Rule 83.10 | ☐ not incur new credit charges or open additional lines of credit |
| ☑ not possess a firearm or other destructive device | ☐ no contractual agreements which obligate funds |
| ☑ not illegally possess or use a controlled substance | ☐ not be employed in position of trust |
| ☑ participate in collection of DNA | ☐ participate in program of testing/treatment for drug/alcohol abuse |
| ☑ submit to search | ☐ wear electronic device and pay for service at prevailing rate |
| ☐ perform _____ hours of community service | ☐ maintain telephone w/out any special services or devices |
| ☐ comply with any BICE deportation orders | ☐ report to nearest probation office w/in 48 hrs of reentry in the U.S. |
| ☐ participate in program of mental health treatment/anger management and waive all rights to confidentiality regarding treatment | |
| ☑ comply with Local Rule 83.10 - Sex Offender Treatment | |

**OTHER CONDITIONS:** comply with Standing Order 15 06, specifically conditions 1 to 13

☐ Court recommends deft receive 500 hours substance abuse treatment from the BOP's residential drug treatment program

**OTHER RECOMMENDATIONS:** receive sex offender treatment

**RESTITUTION:**

☐ Interest Waived    ☐ No further payment required after sum of amounts paid by all defts has fully covered compensable injury

**FINE:** _____ **OR** ☑ Waived **SPECIAL ASSESSMENT:** $100.00 ☑ Payment due immediately ☐ Interest waived

☑ Court waived fine due to deft's inability to pay    ☑ Deft informed of right to appeal    ☐ Remaining counts dismissed

Deft ☐ remanded to custody of U.S. Marshal ☑ remained in custody ☐ remained on bond

Deft to self-report on or before _____ at _____

Time: 2:29 to 3:14      Date: 7/23/2026

Rev. 3/10