# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

## CERTIFICATE OF OFFICIAL COURT REPORTER
Arraignments, Pleas, and Sentencing Proceedings

I, *(print full name)* _____Dianne Bryden_____, certify that I am a duly appointed Official Court Reporter for the United States district court named above, and that I was present in the courtroom of this court on *(date)* _____07/23/2026_____. On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the following cases:

| Name of Defendant | Docket Number | Nature of Proceeding *(Arraignment, plea, sentence)* |
| --- | --- | --- |
| Christopher Maynor | 1:25-CR-73 | Sentencing |
| Joel Sweeton | 4:24-CR-20 | Sentencing |
| Joseph Slabaugh | 1:25-CR-107 | Sentencing |
| | | |

I have played back the recording and certify that it is a true and correct record of the proceedings, that it is sufficiently intelligible when played on *(machine or equipment – make and model or format)* _____computer_____, that it can be transcribed without undue difficulty, and that I have filed the original recording with the clerk of court.

I further certify that I have filed my original steno-notes, stenomask recordings, or other original records taken of these proceedings with the clerk as required by 28 USC § 753(b).

Date: _____07/24/2026_____

_____*Dianne Bryden*_____
*(Court Reporter's Signature)*