**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**At Chattanooga**

UNITED STATES OF AMERICA,

      Plaintiff,

                                No. 1:25-cr-107

v.                              Judge Atchley/Steger

JOSEPH SLABAUGH,

      Defendant.

## NOTICE OF APPEARANCE

Erin Rust, Assistant Federal Defender, hereby files this Notice of Appearance in the

above-styled case. This case has been assigned to Assistant Federal Defender Erin Rust and all

future Electronic Case Filing (ECF) notices and/or correspondence should be sent to AFD Rust.

                              Respectfully submitted,

                              FEDERAL DEFENDER SERVICES
                               OF EASTERN TENNESSEE, INC.

                              By:   */s/ Erin Rust*
                                  Erin Rust
                              Assistant Federal Defender
                              605 Chestnut Street, Suite 1310
                              Chattanooga, Tennessee 37450
                              Erin_Rust@fd.org
                              (423) 756-4349
                              MO Bar # 063207