**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**At Chattanooga**

UNITED STATES OF AMERICA,

       Plaintiff,

                                      No. 1:25-cr-107

v.                                    Judge Atchley/Steger

JOSEPH SLABAUGH,

       Defendant.

## <u>NOTICE OF APPEAL</u>

      Notice is hereby given that Joseph Slabaugh appeals to the United States Court of

Appeals for the Sixth Circuit the Judgment filed in this case on July 24, 2026.

                        Respectfully submitted,

                        FEDERAL DEFENDER SERVICES
                         OF EASTERN TENNESSEE, INC.

                        By:   */s/ Erin Rust*
                            Erin Rust
                        Assistant Federal Defender
                        605 Chestnut Street, Suite 1310
                        Chattanooga, Tennessee 37450
                        Erin_Rust@fd.org
                        (423) 756-4349
                        MO Bar # 063207